# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COURT SQUARE CAPITAL MANAGEMENT, L.P., COURT SQUARE CAPITAL GP, LLC and COURT SQUARE CAPITAL GP, III, LLC, | § § § § § § | No. 205, 2024 |
| Defendants/Counterclaim Plaintiffs Below, Appellants, | § § § § | Court Below: Court of Chancery of the State of Delaware C.A. No.: 2021-0262 |
| v. | § § | |
| KEVIN BROWN, | § § | |
| Plaintiff/Counterclaim Defendant Below, Appellee. | § § § | |

Submitted: November 20, 2024
Decided: November 22, 2024

Before **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

This 22nd day of November, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the March 22, 2022 Order Resolving Kevin Brown's Motion to Dismiss Counterclaims; the December 15, 2023 Post-Trial Memorandum Opinion; the April 17, 2024 Order Resolving Dispute Over Prejudgment Interest; the April

26, 2024 Final Order and Judgment; and the May 16, 2024 Order Granting Plaintiff's Bill of Costs.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice